**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL BHASIN, M.D., ) | Case No. EDCV 13-00293-VAP (OPx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| NERRY PATHAK AKA AASHIT ) PATHAK, et al., ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 3, 2013

　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　United States District Judge