**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL BHASIN, M.D.,<br><br>          Plaintiff,<br><br>     v.<br><br>NERRY PATHAK AKA AASHIT PATHAK, et al.,<br><br>          Defendants. | Case No. EDCV 13-00293-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 3, 2013

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge